Same case below, 26 So. 3d 583.

**No. 09-10560. Leonard Bastida, Petitioner v. James M. LeBlanc, Secretary, Louisiana Department of Public Safety and Corrections, et al.**

562 U.S. 846, 131 S. Ct. 90, 178 L. Ed. 2d 57, 2010 U.S. LEXIS 5982.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 443.

**No. 09-10565. James W. Clark, Jr., Petitioner v. Tennessee.**

562 U.S. 846, 131 S. Ct. 90, 178 L. Ed. 2d 57, 2010 U.S. LEXIS 5801.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

**No. 09-10567. Clarence Darrin Myles, Petitioner v. Michigan.**

562 U.S. 846, 131 S. Ct. 90, 178 L. Ed. 2d 57, 2010 U.S. LEXIS 6051.

October 4, 2010. Petition for writ of certiorari of the Circuit Court of Michigan, Saginaw County, denied.

**No. 09-10570. Gary L. Kretchmar, Petitioner v. Pennsylvania, et al.**

562 U.S. 846, 131 S. Ct. 90, 178 L. Ed. 2d 57, 2010 U.S. LEXIS 5969.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

Same case below, 605 Pa. 457, 991 A.2d 306.

**No. 09-10572. Cerron Thomas Hooks, Petitioner v. Gerald J. Branker, Warden.**

562 U.S. 847, 131 S. Ct. 90, 178 L. Ed. 2d 57, 2010 U.S. LEXIS 6066.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 348 Fed. Appx. 854.

**No. 09-10573. Carlton Gary, Petitioner v. Steve Upton, Warden.**

562 U.S. 847, 131 S. Ct. 91, 178 L. Ed. 2d 57, 2010 U.S. LEXIS 6056.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.

**No. 09-10580. Alfred Fowler, Petitioner v. Florida.**

562 U.S. 847, 131 S. Ct. 91, 178 L. Ed. 2d 57, 2010 U.S. LEXIS 5771.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 22 So. 3d 541.

**No. 09-10583. Andra M. Hagins, Petitioner v. Steve Sinclair, Warden.**

562 U.S. 847, 131 S. Ct. 91, 178 L. Ed. 2d 57, 2010 U.S. LEXIS 5784.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.